IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JACOBS,**<br>          Plaintiff,<br><br>               v.<br><br>**SHARON HALPER; BARRY HALPER; INC.; SOTHEBY'S, INC.; SOTHEBY PARKE BERNET, INC.; SOTHEBY HOLDINGS; SOTHEBY'S; GREY FLANNEL AUCTIONS, INC.; GREY FLANNEL COLLECTIBLES, INC.,**<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO. 14-6515 |

# O R D E R

**AND NOW**, this 22nd day of July, 2015, upon consideration of Defendants Sharon Halper and Barry Halper, Inc.'s (jointly, the "Halper Defendants") Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 27); Defendants Sotheby's, Inc., Sotheby Parke Bernet, Inc., Sotheby's Holdings, and Sotheby's (jointly, the "Sotheby's Defendants") Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28); the Motion of Defendants Grey Flannel Collectibles, Inc. and Grey Flannel Auctions, Inc. (jointly, the "Grey Flannel Defendants") Motion to Dismiss Plaintiff's Amended Complaint (ECF NO. 32); the Plaintiff's responses thereto (ECF Nos. 39, 40, and 41); and the parties supplemental letter briefs (ECF Nos. 48, 49, and 50), **IT IS ORDERED** that:

1. The Grey Flannel Defendants' Motion is **GRANTED**; all claims against the Grey Flannel Defendants are **DISMISSED WITH PREJUDICE**;

2. The Sotheby's Defendants' and the Halper Defendants' Motions are **GRANTED IN PART AND DENIED IN PART**;

   a. The Motions to dismiss Plaintiff's fraud and misrepresentation claim (Count I) are **DENIED**;

   b. Plaintiff's claim for negligent misrepresentation (Count II) is **DISMISSED WITH PREJUDICE**;

c. Plaintiff's claim for violations of New York General Business Code Section 349 (Count III) are **DISMISSED WITH PREJUDICE**;

d. Plaintiff's claim for violations of Pennsylvania's Unfair Trade Practices and Consumer Protection Law, 72 Pa. Cons. Stat. § 201-1 *et seq* (Count IV) is **DISMISSED WITH PREJUDICE**;

e. Plaintiff's claim for unjust enrichment (Count V) is **DISMISSED WITH PREJUDICE**;

        **BY THE COURT:**

        /S/WENDY BEETLESTONE, J.

        _____
        **WENDY BEETLESTONE, J.**